FILED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>INDICTMENT</u> |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:26CR00494 |
| DARNELL JACKSON, | ) | Title 18, United States Code, Sections 2; Title 21, United States Code, Sections 846 841(a)(1), (b)(1)(A)(vi), (b)(1)(A)(viii), and [illegible] |
| Defendant. | ) | JUDGE PEARSON |

<u>COUNT 1</u>
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning at least as early as June 1, 2023, and continuing through on or about April 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant DARNELL JACKSON and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A)(vi) & (viii).

COUNT 2
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

2. On or about March 13, 2024, in the Northern District of Ohio, Eastern Division, Defendant DARNELL JACKSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury further charges:

3. On or about April 3, 2024, in the Northern District of Ohio, Eastern Division, Defendants DARNELL JACKSON did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

COUNT 4
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about April 3, 2024, in the Northern District of Ohio, Eastern Division, Defendants DARNELL JACKSON did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

5. The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offenses, Defendant DARNELL JACKSON shall forfeit to the United States all property constituting, or derived from any proceeds he obtained, directly or indirectly, as the result of such violations, and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; including, but not limited to, the following:

A. $16,360.00 in U.S. Currency, seized on April 3, 2024; and

B. $3,860.00 in U.S. Currency, seized on April 3, 2024.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.